
FILED
CLERK, U.S. DISTRICT COURT
JUN - 4 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No.: MJ 19-2362
        Plaintiff, )
    vs. ) ORDER OF DETENTION AFTER HEARING
JONATHAN CORTEZ ) [Fed.R.Crim.P. 32.1(a)(6);
          ) 18 U.S.C. 3143(a)]
        Defendant. )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __S. D. Cal__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __allegation of new crim. offense while on release; failure to report to PO; crim. history; insufficient surety__

_____

_____

_____

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____

_____

_____

_____


IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _____6/4/19_____

_____
PAUL L. ABRAMS
UNITES STATES MAGISTRATE JUDGE